RECEIVED & FILED

'09 SEP -1 A 9 :07

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**Tom R. Grimmett, Trustee**
**2275 Corporate Circle, Suite 120**
**Henderson, Nevada 89074**
**Phone: (702) 740-4152**
**Fax: (702) 795-4479**

## UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 93-23078 BAM |
| | ) | In Proceedings Under Chapter 7 |
| WESTERN LINEN CORP. | ) | |
| | ) | |
| | ) | NOTICE OF UNCLAIMED FUNDS |
| Debtor(s). | ) | |
| | ) | |

        Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 000346 | Arturo Lopez<br>1046 Florence<br>Colton, CA 92324 | | $86.64 |
| 000149 | Uriel A. Espindola<br>1270 Holly Ave.<br>Colton, CA 92324 | | $153.64 |
| 000194 | Concepcion Gonzaliez<br>780 East 9th Street<br>Space 47<br>San Bernardino, CA 94010 | | $121.11 |
| 000227 | Maria D. Saucedo<br>625 ½ East H Street<br>Colton, CA 92324 | | $81.93 |
| 000229 | Aurora M. Saucedo<br>961 Western Ave.<br>Colton, CA 92324 | | $157.62 |

Receipt # 192358  $ 1678.19

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---------|--------------------|-----------|-----------|
| 000230 | Teresa A. Zamudio<br>625 East H Street<br>Colton, CA 92324 | | $128.52 |
| 000231 | Roberto Guevara Cruz<br>933 Fairway Drive<br>Colton, CA 92324 | | $96.18 |
| 000237 | Luciano Saucedo Vargas<br>26660 Sparks Street<br>Highland, CA 92346 | | $126.83 |
| 000277 | Maria Delgadillo<br>1678 Jansen Drive<br>Colton, CA 92324 | | $254.96 |
| 000324 | Uriel Arias Espindola<br>1270 Holly Ave.<br>Colton, CA 92324 | | $123.96 |
| 000329 | Kristy Smith<br>18060 Deodar Street<br>Hesperia, CA 92345 | | $106.69 |
| 000363 | Amanda Raymer<br>4081 Golden West Avenue<br>Riverside, CA 92509 | | $240.11 |
| TOTAL | | | $1,678.19 |

DATE:  __8/31/2009__

__TOM R. GRIMMETT, TRUSTEE__

**NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.**