Tom R. Grimmett, Trustee
1701 Green Valley Pkwy.
Building 4, Suite A
Henderson, Nevada 89074
Phone: (702) 795-2311
Fax: (702) 795-4479

RECEIVED & FILED

JUN 8   1 40 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF NEVADA

In re:

WESTERN LINEN CORP.

Debtor(s).

Case No. 93-23078 BAM
In Proceedings Under Chapter 7

NOTICE OF UNCLAIMED FUNDS

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 4 | Siu Ling Lee<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $10.57 | |
| 8 | Jose M. Romero<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | | $26.75 |
| 11 | Ubaldo Santillan<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $22.45 | |
| 19 | Rosalva Rodarte<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $9.78 | |

RECEIPT # 202165    # 1587.12

| | CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|---|
| 1 | 30 | Norma J. Serrao<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $19.45 | |
| 4 | 33 | Maria Armenta<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $10.61 | |
| 7 | 35 | Blanca Castillo<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $12.89 | |
| 10 | 48 | Manuel Jiminez<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | $11.61 | |
| 13 | 64 | Jean Heskowitz<br>Juije &Varricchio<br>302 E. Carson Ave. #550<br>Las Vegas, NV 89101 | | $72.93 |
| 16 | 175 | Claude W. Leaym<br>245 Chickadee Circle<br>Riverside, CA 92507 | | $96.14 |
| 18 | 1 | Graclio Mercado Angeles<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | | $71.07 |
| 21 | 1 | Graclio Mercado Angeles<br>c/o Div of Labor Standard<br>8765 Aero Dr. Ste. 120<br>San Diego, CA 92123 | | $66.03 |
| 23 | 190 | Josefina E. Adono<br>1166 E. Miranda Rd.<br>San Bernardino, CA 92404 | | $32.80 |

/ / /

/ / /

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 194 | Concepcion Gonzaliez<br>780 E. 9th St.<br>Space 47<br>San Bernardino, CA 94010 | | $31.51 |
| 205 | Juan Verduzco Baez<br>1271 W. Reialto Ave.<br>Apt. 0.B<br>San Bernardino, CA 92410 | | $25.56 |
| 207 | Carmen Z. Lomeli<br>1011 No. Illinois Ave.<br>Colton, CA 92324 | | $34.20 |
| 209 | Jose L. Martinez<br>1011 Illinois Ave.<br>Colton, CA 92324 | $17.57 | |
| 212 | Bertha A. Salazar<br>1422 W. 11 St.<br>San Bernardino, CA 92411 | | $28.24 |
| 219 | Nancy Gomez<br>951 ½ Colton Ave.<br>Colton, CA 92324 | | $26.47 |
| 227 | Maria D. Saucedo<br>625 ½ E. H St.<br>Colton, CA 92324 | $21.31 | |
| 229 | Aurora M. Saucedo<br>961 Western Ave.<br>Colton, CA 92324 | | $41.00 |
| 230 | Teresa A. Zamudio<br>625 E. H Streeet<br>Colton, CA 92324 | | $33.43 |
| 231 | Roberto Guevara Cruz<br>933 Fairway Dr.<br>Colton, CA 92324 | | $25.02 |
| 232 | Rocio Lopez<br>251 Whipple Mountain Rd.<br>San Bernardino, CA 92410 | | $29.39 |

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 240 | Leticia U. Villado<br>770 W. 8th St.<br>San Bernardino, CA 92410 | | $28.24 |
| 242 | Gonzalo Lopez<br>7207 Garden Dr.<br>San Bernardino, CA 92404 | | $70.76 |
| 259 | Maria D. Perez<br>1255 Amethyst St.<br>Sp. 91<br>Mentone, CA 92359 | | $54.87 |
| 270 | Marina Bernal<br>836 E. C St.<br>Colton, CA 92324 | $20.94 | |
| 285 | Maria Velia Diaz<br>1067 Spruce St.<br>San Bernardino, CA 92411 | | $42.15 |
| 287 | Maria Almazan Concepcion<br>949 ½ Colton Ave.<br>Colton, CA 92324 | | $35.51 |
| 290 | Maria G. Warasky<br>1329 Calonn St.<br>Redlands, CA 92374 | | $67.46 |
| 300 | Soledad Verduzco<br>1271 W. Rialto<br>Apt. B<br>San Bernardino, CA 92410 | | $43.87 |
| 301 | Noelia Ramirez<br>166 So. Alameda<br>San Bernardino, CA 92408 | | $52.98 |
| 329 | Kristy Smith<br>18060 Deodar Street<br>Hesperia, CA 92345 | | $27.76 |

/ / /

/ / /

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 331 | Art Artemio Agcaoili<br>1301 Live Oak Ct.<br>Redlands, CA 92374 | | $64.09 |
| 340 | Adelaida Rodriguez Vega<br>1069 Belleview St.<br>San Bernardino, CA 92410 | $18.68 | |
| 342B | Laverne Townsend<br>PO Box 4583<br>Crestline, CA 92325 | $5.39 | |
| 348 | Rene Velazco<br>1214 W. Congress St.<br>San Bernardino, CA 92410 | | $32.54 |
| 351B | Charles R. Morris<br>2930 Riverside Ave.<br>Rialto, CA 92376 | | $72.93 |
| 359 | James L. Curlowicz<br>295 E. 34th St.<br>San Bernardino, CA 92404 | | $30.49 |
| 363 | Amanda Raymer<br>4081 Golden West Ave.<br>Riverside, CA 92509 | | $62.46 |
| 379 | Maribel Gomez<br>1122 W. 19th St.<br>San Bernardino, CA 92411 | $7.00 | |
| 381 | Josefina Franco<br>277 W. C St.<br>Colton, CA 92324 | $7.00 | |
| 384 | Jesus Garcia Tapia<br>1256 Cedar St.<br>San Bernardino, CA 92404 | $7.00 | |
| 389 | Juan Jimenes<br>24777 Monterey St.<br>San Bernardino, CA 92410 | $7.00 | |

/ / /

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 394 | Hugo Lomeli Sahaguni<br>7531 Elmwood<br>San Bernardino, CA | $7.00 | |
| 423 | Sergio Robles Hernandez<br>320 S. 36th St.<br>San Diego, CA 92113 | | $44.13 |
| 297 | Teresa Sanchez-Copada<br>7822 Merito Ave.<br>San Bernardino, CA 92410 | $0.09 | |

TOTAL

$1,587.12

DATE: 6/4/2011



TOM R. GRIMMETT, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.